UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:09-M-1699-1

| United States of America | ) | |
| --- | --- | --- |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| Deron D. Terry | ) | |

On November 19, 2009, defendant Deron D. Terry appeared before the Honorable James E. Gates, U.S. Magistrate Judge, and, pursuant to a plea of guilty to 21 U.S.C. § 844, Simple Possession of Marijuana, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on November 3, 2010, the court finds as a fact that Deron D. Terry, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 5 days.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 8th day of November 2010.

James E. Gates
U.S. Magistrate Judge